LESTER D. VOLK, Appellant, v. J. A. WIGMORE LAND COMPANY, GUARANTY TRUST COMPANY OF NEW YORK, JOSEPH P. DAY, INC., and JOSEPH P. DAY (and HARRY V. HOYT, as Trustee as to the Fifth Cause of Action Only), Respondents, and Others, Defendants.— In an action for rescission of two contracts for the purchase of real property, to recover the payments made thereunder, and for other relief, judgment dismissing the complaint unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.